1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TIGRAN VOSKANYAN,

            Plaintiff,

  vs.

PROPERTY RECEIVABLES CORP,

            Defendant

NO.  2:25-cv-00360-JHC

**STIPULATION AND ORDER DISMISSING CASE**

      Plaintiff Tigran Voskanyan and Defendant Property Receivables Corp. hereby stipulate (through undersigned counsel) that this action and all claims herein against shall be dismissed with prejudice and without an award of fees or costs to any party.

<u>ORDER</u>

      Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE and without costs or attorney fees to either party.

      IT IS SO ORDERED.

//

//

//

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:25-cv-00360-JHC

Entered this 11th day of August, 2025

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:25-cv-00360-JHC